

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KATHERINE HANZALIK,

                Plaintiff,

– against –

INTEGRATED CORPORATE RELATIONS
and ICR, LLC,

                Defendants.
------------------------------------------------------------x

Civil Action No. 09-CV-4519 (KJS)

SUBSTITUTION OF
COUNSEL

**IT IS HEREBY STIPULATED AND CONSENTED**, that, Gordon & Rees, LLP, with offices at 90 Broad Street, Twenty-Third Floor, New York, New York 10004, be and hereby is substituted in place and stead of Gibbons, P.C. with offices at One Pennsylvania Plaza, Thirty-Seventh Floor, New York, New York 10119, as attorneys for Defendants Integrated Corporate Relations and ICR, LLC, in the above-entitled action, and that substitution be entered into effect immediately without further notice.

Dated:    December 10, 2009

GORDON & REES, LLP

BY: _____

MercedesColwin
Brooke Schneider
**Incoming Attorneys for Defendants**
INTEGRATED CORPORATE RELATIONS
and ICR, LLC
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 269-5500

GIBBONS, P.C.

BY: _____

Loren Gesinsky
**Outgoing Attorneys for Defendants**
INTEGRATED CORPORATE RELATIONS
and ICR, LLC
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
(212) 613.2000

SO ORDERED:

_____
U.S.D.J.
12/30/09

Defendants
Integrated Corporate Relations and ICR, LLC

By: _____

Title: ____John C. Sorensen, CFO____

STATE OF CONNECTICUT )
                     ) ss.: Westport
COUNTY OF FAIRFIELD  )

On the 21st day of December, 2009, before me personally came John Sorensen, to me known and known to me to be the individual described in and who executed the foregoing document, and duly acknowledged to me that he executed the same.

_____
Notary Public

Tami M Martino
Notary Public-Connecticut
My Commission Expires
April 30, 2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KATHERINE HANZALIK,

                Plaintiff,                            Civil Action No. 09-CV-4519

                                                    **DECLARATION OF**
                                                    **BROOKE A. SCHNEIDER**

       – against –

INTEGRATED CORPORATE RELATIONS
and ICR, LLC,

                Defendants.
----------------------------------------------------------------x

       Brooke A. Schneider, an attorney duly admitted to practice law in the State of New York, hereby affirms the following under the penalty of perjury:

       1.     I am an attorney with the law firm of Gordon & Rees, L.L.P., proposed new counsel for Defendants Integrated Corporate Relations and ICR, LLC ("Defendants") in the above matter. As such, I am fully familiar with the facts set forth herein.

       2     I respectfully submit this Declaration and accompanying Stipulation pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York seeking permission from the Court to substitute Gordon & Rees, LLP as counsel of record for Defendants in place of Gibbons, P.C.

       3.     Defendants respectfully ask this Court to grant their request as there is no prejudice to Plaintiff and they have a right to counsel of their choosing. This matter is still in the early stages of litigation. Although Defendants have filed an Answer, Discovery has not yet begun, no Court Conferences have yet been held, and this case has only recently been assigned to Your Honor. Therefore, there will be no impact on the time frame of this case.

Dated: New York, New York
         December 23, 2009                              Brooke A. Schneider (BS 2379)